hardt, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Order affirmed.

458 A.2d 278

Commonwealth v. Williams, Appellant.

Submitted June 8, 1982. Rolfe C. Marsh, Assistant Public Defender, for appellant; David E. Fritchey, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CAVANAUGH and ROWLEY, JJ.

The judgment of sentence of the lower court is affirmed.

458 A.2d 278

Commonwealth ex rel. Williams v. Hnat, Appellant.

Argued June 9, 1982. John P. Thomas, for appellant; Danielle E. Williams, appellee, in propria persona.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Order affirmed.